UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  6:20-CR-00246-01** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **GERARD LATHON SMITH (01)** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, including objections, this Court concludes that the Magistrate Judge's report and recommendation (Doc. 79) is correct and adopts the findings and conclusions therein as its own.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Defendant's Motion to Suppress (Rec. Doc. 27) is denied.

**SIGNED** in Chambers on this 31st day of October, 2022

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE