# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:20-CR-00246-01** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **GERARD LATHON SMITH (01)** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation (Doc. 91). After considering the official transcript (Doc. 85) and noting the defendant's waiver of any objections, the Court finds the plea is correct under applicable law. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, Gerard Lathon Smith, is ACCEPTED and he is fully adjudged guilty of the offense charged in Count 1, consistent with the report and recommendation.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that sentencing is set for August 31, 2023 at 10:00 a.m. in Lafayette, Louisiana.

**THUS DONE AND SIGNED** in Chambers this 1st day of June, 2023.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE